U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN - 1 2016
AT_____ O'CLOCK____
Lawrence K. Baerman, Clerk - Binghamton

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Jeanne Mango

                Plaintiff

-against-

Mercantile Adjustment Bureau, LLC

                Defendant.

Docket No: 1:16-cv-00510-TJM-CFH

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between all parties in the above captioned action, by and through the undersigned attorneys, that no party hereto is an infant or incompetent, and that this action is hereby dismissed on the merits and with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own costs.

**Dated: May 25, 2016**

| | |
|---|---|
| **RC Law Group, PLLC** | **Sessions, Fishman Law Firm** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By:  /s/ Daniel Kohn | By:  /s/ Aaron R. Easley |
| Daniel Kohn | Aaron R. Easley |
| 285 Passaic Street | 3 Cross Creek Drive |
| Hackensack, NJ | Flemington, NJ 08822 |
| Tel: (201) 282-6500 | Tel. (908) 237-1660 |

SO ORDERED  5/31/16

_____
Honorable Senior Judge Thomas J. McAvoy
U.S. District Court